AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| SEAN BECKNER-CARMITCHEL; CHELSEA L. JONES<br>*Plaintiff(s)*<br>v.<br>CITY OF LOS ANGELES; OFFICER PABLO A. MOLINA MORALES; and DOES 1 to 20<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-06462-RGK-DSRx |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CITY OF LOS ANGELES
200 North Spring Street
Room 395, City Hall
Los Angeles, CA 90012

(see attached for additional defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/17/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-06462-RGK-DSRx

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Los Angeles

was received by me on *(date)* Sept. 10, 2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Office of the City Clerk , who is

designated by law to accept service of process on behalf of *(name of organization)* City of Los Angeles

200 N. Spring St., Rm. 395, City Hall, LA, CA 90012 on *(date)* Sept. 10, 2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: Sept. 10, 2026

*Server's signature*

Peter Bibring

*Printed name and title*

2210 W. Sunset Blvd. #203, Los Angeles, CA 90026

*Server's address*

Additional information regarding attempted service, etc:

I also served copies of the Civil Cover Sheet (Dkt. 2), Notice of Related Case (Dkt. 3), Certificate of Interested Parties (Dkt. 4), Notice of Assignment (Dkt. 5), Notice of Court-directed ADR Program (Dkt. 6), Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (Dkt. 7), and Order re Reassignment (Dkt. 10), along with the summons and complaint.

Print | Save As... | Reset

# Attachment to Summons

Civil Action No. 2:26-cv-6462

To: *(Defendants' names and address)*: (additional defendants)

OFFICER PABLO A. MOLINA MORALES
Central Community Police Station
251 E. 6th Street
Los Angeles, CA 90014