Case 2:26-cv-06462-RGK-DSR Document 9 Filed 06/17/26 Page 1 of 3 Page ID #:45

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

SEAN BECKNER-CARMITCHEL; CHELSEA L. JONES

*Plaintiff(s)*

v.

CITY OF LOS ANGELES; OFFICER PABLO A. MOLINA MORALES; and DOES 1 to 20

*Defendant(s)*

Civil Action No. 2:26-cv-06462-RGK-DSRx

RECEIVED
CITY CLERK'S OFFICE
2026 SEP 10 PM 4: 14
CITY CLERK
BY__________ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF LOS ANGELES
200 North Spring Street
Room 395, City Hall
Los Angeles, CA 90012

(see attached for additional defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Date: 6/17/2026

*Signature of Clerk or Deputy Clerk*

Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SEAN BECKNER-CARMITCHEL, CHELSEA L. JONES,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER PABLO A. MOLINA MORALES, in his individual capacity, and Does 1 to 20,<br><br>DEFENDANTS. | Case No. 2:26-cv-6462<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMANDED |

RECEIVED
CITY CLERK'S OFFICE
2026 SEP 10 PM 4:14
CITY CLERK
BY ______
DEPUTY