AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

SEAN BECKNER-CARMITCHEL; CHELSEA L. JONES

*Plaintiff(s)*

v.

CITY OF LOS ANGELES; OFFICER PABLO A. MOLINA MORALES; and DOES 1 to 20

*Defendant(s)*

Civil Action No. 2:26-cv-06462-RGK-DSRx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF LOS ANGELES
200 North Spring Street
Room 395, City Hall
Los Angeles, CA 90012

(see attached for additional defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/17/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-06462-RGK-DSRx

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Officer Pablo A. Molina Morales

was received by me on *(date)* Sept. 10, 2026 .

❒ I personally served the summons on the individual at *(place)* ________________

________________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________

________________ , a person of suitable age and discretion who resides there,

on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ________

________________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________________ ; or

☒ Other *(specify)*:
On Sept. 10, 2026, I left the summons and complaint at the Ofc.Molina's assigned workplace at LAPD Central Community Police Station, 251 E. 6th Street, Los Angeles, CA 90014 at front desk with Ofc. Ayala and another officer, who accepted it. I then mailed copies of the summons and complaint to the Ofc. Molina via first-class mail, postage pre-paid, to the same address.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: Sept. 10, 2026

*Server's signature*

Peter Bibring

*Printed name and title*

2210 W. Sunset Blvd. #203, Los Angeles, CA 90026

*Server's address*

Additional information regarding attempted service, etc:

I also served copies of the Civil Cover Sheet (Dkt. 2), Notice of Related Case (Dkt. 3), Certificate of Interested Parties (Dkt. 4), Notice of Assignment (Dkt. 5), Notice of Court-directed ADR Program (Dkt. 6), Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (Dkt. 7), and Order re Reassignment (Dkt. 10), along with the summons and complaint.

Print | Save As... | Reset

Case 2:26-cv-06462 Document 1-2 Filed 06/10/26 Page 3 of 3 Page ID #:47

Attachment to Summons
Civil Action No. 2:26-cv-6462

To: *(Defendants' names and address)*: (additional defendants)

OFFICER PABLO A. MOLINA MORALES
Central Community Police Station
251 E. 6th Street
Los Angeles, CA 90014