**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**COLE CLARK**, Deputy City Attorney (SBN 334979)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Cole.Clark@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and OFFICER PABLO MOLINA (Erroneously sued as OFFICER PABLO A. MOLINA MORALES)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SEAN BECKNER-CARMITCHEL, CHELSEA L. JONES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER PABLO A. MOLINA MORALES, in his individual capacity, and Does 1 to 20,<br><br>Defendants. | CASE NO. 2:26-cv-06462-HDV-Ex<br>*Hon. Hernan D. Vera, Ctrm. 5B, USDC-1st Cthse*<br>*Mag. Charles F. Eick, Ctrm.750, Roybal Cthse*<br><br>**DEFENDANT CITY OF LOS ANGELES AND OFFICER PABLO MOLINA'S ANSWER TO PLAINTIFF'S COMPLAINTIFF; DEMAND FOR JURY TRIAL** |

COMES NOW, Defendants CITY OF LOS ANGELES and OFFICER PABLO MOLINA and hereby answer Plaintiff's Complaint for Damages for themselves and for no other party, admit, deny and allege as follows:

**JURISDICTION AND VENUE**

1. Answering paragraph 1, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations, except for the following allegations which are admitted: Admit jurisdiction is proper under the United States District Court, Central District.

///

2. Answering paragraph 2, Defendants deny the allegations contained therein, except for the following allegations which are admitted: Admit venue is proper Western Division of the United States District Court.

3. Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**PARTIES**

4. Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5. Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations, except for the following allegations which are admitted: Admit the City of Los Angeles is a municipal corporation.

7. Answering paragraph 7, Defendants deny the allegations contained therein, except for the following allegations which are admitted: Admit on August 8, 2025, the Officer was employed by the Los Angeles Police Department.

8. Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

///

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FACTUAL ALLEGATIONS

### A. The *Los Angeles Press Club* action and Temporary Restraining Order

12. Answering paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

### B. The Events of August 8, 2025

17. Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

18. Answering paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34. Answering paragraph 34, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**C. June 9, incident**

35. Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36. Answering paragraph 36, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering paragraph 38, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39. Answering paragraph 39, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40. Answering paragraph 40, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering paragraph 41, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**D. LAPD's Longstanding Pattern of Violating the Rights of People and Press at Demonstrations**

43. Answering paragraph 43, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

///

44. Answering paragraph 44, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. Answering paragraph 45, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46. Answering paragraph 46, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering paragraph 48, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49. Answering paragraph 49, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50. Answering paragraph 50, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51. Answering paragraph 51, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52. Answering paragraph 52, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

53. Answering paragraph 53, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55. Answering paragraph 55, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56. Answering paragraph 56, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57. Answering paragraph 57, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58. Answering paragraph 58, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

### Violation of the First and Fourteenth Amendments to the U.S. Constitution; 42 U.S.C. § 1983

### (Against all Defendants)

59. Answering paragraph 59, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

60. Answering paragraph 60, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

61. Answering paragraph 61, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62. Answering paragraph 62, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63. Answering paragraph 63, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64. Answering paragraph 64, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

65. Answering paragraph 65, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

66. Answering paragraph 66, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67. Answering paragraph 67, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

68. Answering paragraph 68, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

69. Answering paragraph 69, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

70. Answering paragraph 70, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

71. Answering paragraph 71, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**SECOND CAUSE OF ACTION**

**Excessive Force in Violation of the**

**Fourth and Fourteenth Amendments to the U.S. Constitution;**

**42 U.S.C. § 1983**

**(Against all Defendants)**

72. Answering paragraph 72, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

73. Answering paragraph 73, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

74. Answering paragraph 74, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

75. Answering paragraph 75, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

76. Answering paragraph 76, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

77. Answering paragraph 77, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

78. Answering paragraph 78, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

79. Answering paragraph 79, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80. Answering paragraph 80, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

81. Answering paragraph 81, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**THIRD CAUSE OF ACTION**

**Wrongful Detention/Arrest in Violation of the**

**Fourth and Fourteenth Amendments to the U.S. Constitution;**

**42 U.S.C. § 1983**

**(Plaintiff Beckner-Carmitchel Against Defendants City of Los Angeles Does 2 to 20)**

82. Answering paragraph 82, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

83. Answering paragraph 83, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

84. Answering paragraph 84, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

85. Answering paragraph 85, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

86. Answering paragraph 86, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

87. Answering paragraph 87, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88. Answering paragraph 88, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

89. Answering paragraph 89, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

90. Answering paragraph 90, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**FOURTH CAUSE OF ACTION**

**Violation of the Bane Act, Cal. Civil Code § 52.1**

**(Against all Defendants)**

91. Answering paragraph 91, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

92. Answering paragraph 92, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

93. Answering paragraph 93, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

94. Answering paragraph 94, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

95. Answering paragraph 95, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

96. Answering paragraph 96, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

97. Answering paragraph 97, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

98. Answering paragraph 98, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

99. Answering paragraph 99, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**FIFTH CAUSE OF ACTION**

**False Imprisonment/False Arrest under California law**

**(By Plaintiff Beckner-Carmitchel Against Defendants City of Los Angeles, And Officer Molina, and Does 2 to 20)**

100. Answering paragraph 100, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

101. Answering paragraph 101, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

102. Answering paragraph 102, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

103. Answering paragraph 103, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

104. Answering paragraph 104, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

105. Answering paragraph 105, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

106. Answering paragraph 106, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

107. Answering paragraph 107, Defendants no factual allegations are made therein, and on that basis the paragraph goes unanswered.

108. Answering paragraph 108, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**SIXTH CAUSE OF ACTION**

**Assault and Battery under California law**

**(Against all Defendants)**

109. Answering paragraph 109, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

110. Answering paragraph 110, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

111. Answering paragraph 111, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

///

112. Answering paragraph 112, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

113. Answering paragraph 113, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

114. Answering paragraph 114, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

115. Answering paragraph 115, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**SEVENTH CAUSE OF ACTION**

**Negligence**

**(Against all Defendants)**

116. Answering paragraph 116, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

117. Answering paragraph 117, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

118. Answering paragraph 118, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

119. Answering paragraph 119, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

///

120. Answering paragraph 120, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

121. Answering paragraph 121, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

122. Answering paragraph 122, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

123. Answering paragraph 123, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

124. Answering paragraph 124, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

125. Answering paragraph 125, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

126. Answering paragraph 126, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

127. Answering paragraph 127, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of Plaintiff**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

///

///

**SECOND AFFIRMATIVE DEFENSE**

The damages alleged were directly and proximately caused and contributed to by the **negligence of other persons**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**FOURTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary **for self-defense.**

**FIFTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the **defense of others.**

**SIXTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations, including, but not limited to, the following statutes: C.C.P. sections 335.1 and 340(c); Gov. Code sections 911.2, 911.4, and 945.6.

**SEVENTH AFFIRMATIVE DEFENSE**

As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

///

///

## PRAYER

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

Dated: October 1, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Atty
KATHLEEN KENEALY, Chief Assistant City Atty
CHRISTIAN BOJORQUEZ, Deputy City Attorney

By: /s/ Cole Clark

COLE CLARK, Deputy City Attorney
*Attorneys for Defendants,* CITY OF LOS ANGELES and OFFICER PABLO MOLINA