**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**COLE CLARK**, Deputy City Attorney (SBN 334979)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Cole.Clark@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and OFFICER PABLO MOLINA (Erroneously sued as OFFICER PABLO A. MOLINA MORALES)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SEAN BECKNER-CARMITCHEL, CHELSEA L. JONES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; OFFICER PABLO A. MOLINA MORALES, in his individual capacity, and Does 1 to 20,<br><br>Defendants. | CASE NO. 2:26-cv-06462-HDV-Ex<br>*Hon. Hernan D. Vera, Ctrm. 5B, USDC-1st Cthse*<br>*Mag. Charles F. Eick, Ctrm.750, Roybal Cthse*<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

Although FRCP 7.1 and L.R. 7.1-1 does not require Defendants, since they are governmental party, to submit a Certificate of Interested, the undersigned, counsel of record for Defendants, **CITY OF LOS ANGELES and OFFICER PABLO MOLINA**, certify the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. SEAN BECKNER-CARMITCHEL – Plaintiff;
2. CITY OF LOS ANGELES – Defendant; and
3. OFFICER PABLO A. MOLINA MORALES – Defendant.

///

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: October 1, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Atty
KATHLEEN KENEALY, Chief Assistant City Atty
CHRISTIAN BOJORQUEZ, Deputy City Attorney

By: /s/ Cole Clark

COLE CLARK, Deputy City Attorney
*Attorneys for Defendants,* CITY OF LOS ANGELES and OFFICER PABLO MOLINA